IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-443-BO

| | |
|---|---|
| ROBERT M. SAMSON,<br>          Plaintiff, | )<br>)<br>) |
| v. | )     ORDER |
| STATE OF NORTH CAROLINA,<br>*et al.*,<br>          Defendants. | )<br>)<br>)<br>)<br>) |

This cause comes before the Court on three motions for extension of time to answer or otherwise respond to the amended complaint filed by defendants [DE 27, 29, 30]. For good cause shown, and over the opposition of plaintiff, the motions for extension of time are GRANTED. Defendants shall have through and including July 7, 2020, to answer or otherwise respond to the amended complaint.

Also pending before the Court is plaintiff's motion requesting that the North Carolina Bureau of Investigation or Assistant Attorney General Bryan Nichols be held in contempt. [DE 26]. In his opposition to the motions for extension of time, plaintiff, who proceeds in this matter *pro se*, requests that this motion be dismissed. [DE 31 at 4]. The Court construes plaintiff's request as a withdrawal of the contempt motion. The clerk is DIRECTED to let the docket reflect that the motion at [DE 26] is withdrawn.

SO ORDERED, this 24 day of June, 2020.

*Terrence W. Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE