UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT M. SAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| STATE OF NORTH CAROLINA, et al., | ) | 5:19-CV-443-BO |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
This matter is before the Court on defendants' motions to dismiss. [DE 33, 35].

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motions to dismiss are GRANTED. [DE 33, 35]. Plaintiff's complaint is DISMISSED.

This case is closed.

**This judgment filed and entered on November 24, 2020, and served on:**
Robert M. Samson (via US Mail to 200 Shannon Ct., Salisbury, MD 21804)
Bryan Nichols (via CM/ECF Notice of Electronic Filing)
Joseph Finarelli (via CM/ECF Notice of Electronic Filing)

November 24, 2020

PETER A, MOORE, JR., CLERK

 /s/Lindsay Stouch
By: Deputy Clerk