IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 5:19-CV-443-BO

| | |
|---|---|
| ROBERT M. SAMSON, ) | |
| Plaintiff, ) | |
| v. ) | O R D E R |
| STATE OF NORTH CAROLINA, et al. ) | |
| Defendants. ) | |

This matter is before the Court on plaintiff's motion find Director Bob Schurmeir in contempt of federal court. The filing of a notice of appeal confers jurisdiction on the court of appeals and simultaneously divests the district court of jurisdiction over aspects of the case relevant to the appeal. *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (2012). On February 11, 2021, plaintiff filed a notice of appeal as to this Court's November 24, 2020 granting defendant's motion to dismiss. Therefore, this Court does not have jurisdiction to consider plaintiff's motion to find Director Schurmeir in contempt. Therefore, plaintiff's motion [DE 52] is DENIED WITHOUT PREJUDICE.

SO ORDERED, this 16 day of April, 2021.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE