IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-443-D

ROBERT M. SAMSON, )
 )
              Plaintiff, )
 )
v. )
 )    **ORDER**
STATE OF NORTH CAROLINA, et al., )
 )
             Defendants. )

On November 24, 2020, the Honorable Terrence W. Boyle dismissed Robert M. Samson's ("Samson" or "plaintiff") complaint [D.E. 40], and the clerk entered judgment [D.E. 41]. Samson appealed [D.E. 47]. On May 27, 2021, the United States Court of Appeals for the Fourth Circuit dismissed the appeal as untimely [D.E. 57, 58, 59]. On October 18, 2021, plaintiff filed a motion to correct legal error [D.E. 61]. On November 8, 2022, plaintiff filed a petition for a writ of certiorari in the United States Supreme Court [D.E. 62]. On January 10, 2022, the Supreme Court denied certiorari [D.E. 63]. On February 17, 2022, the case was reassigned to the Honorable Louise W. Flanagan [D.E. 64] and then to the undersigned [D.E. 65]. On March 21, 2022, plaintiff filed a response to the case being reassigned [D.E. 66]. On April 14, 2022, the court ordered defendants to respond to plaintiff's motion to correct legal error [D.E. 67]. On April 18 and May 16, 2022, defendants filed their responses [D.E. 68, 70].

The court has reviewed the entire record under the governing standard. The court agrees with defendants' arguments. Plaintiff's motion to correct legal error [D.E. 61] is DENIED as baseless. The case remains closed.

SO ORDERED. This 18 day of May, 2022.

                                              JAMES C. DEVER III
                                              United States District Judge